(20 Misc. Rep. 400.)

## EMMONS v. McMILLAN CO.

(City Court of New York, General Term. May 29, 1897.)

PLEADING—REDUNDANT ANSWER.
Where defendant's answer contains irrelevant matter, the proper remedy is by demurrer.

Appeal from special term.

Action by Stephen H. Emmons against the McMillan Company. From an order striking out certain paragraphs of the answer, defendant appeals. Reversed.

Argued before CONLAN and SCHUCHMAN, JJ.

Lawrence Godkin, for appellant.
Kronenfeld & Harris, for respondent.

CONLAN, J. Appeal from an order striking out paragraphs 3 and 4 of the defendant's answer, as redundant and irrelevant. The courts do not favor motions to expunge portions of pleadings. The appropriate remedy for plaintiff is by demurrer, or by motion on the trial.

The order appealed from must be reversed, with costs.

SCHUCHMAN, J., concurs.